Duration: 45 minutes
Proceeding via: ☐ CourtCall ☒ AT&T

DOCKET No. 21mj792　　　　　　　　　　　　　　DEFENDANT Christopher Kelly

AUSA Derek Wikstrom　　　　　　　　　　　　　DEF.'S COUNSEL Susanne Brody
　　　　　　　　　　　　　　　　　　　　　　　　☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☒ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
　　　　　　　　　　　　　　　　　　　　　　　　☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5　☐ Rule 9　☒ Rule 5(c)(3)　☐ Detention Hrg.　　DATE OF ARREST 1/21/2021　　☐ VOL. SURR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME OF ARREST 7:00PM　　　　☐ ON WRIT
☐ Other: _____　　　　　　　　　　TIME OF PRESENTMENT 2:15PM

## BAIL DISPOSITION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE　　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☒ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB　☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/District of Columbia for purposes of meeting with counsel &court appearance
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:　☐ REGULAR　☐ STRICT　☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS　☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☒ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION　☐ HOME DETENTION　☐ CURFEW　☐ ELECTRONIC MONITORING　☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT　[OR]　☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant consents to proceed remotely and is advised of his rights and the charges against him. Public reading of the complaint is waived. Susanne Brody is appointed to represent the defendant for the purposes of today's proceeding only. The defendant is released on agreed-upon conditions of bail. See Appearance Bond and Order Setting Conditions of Release.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY　　　　　☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☒ IDENTITY HEARING WAIVED　　　　　　　　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　　　☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 2/19/2021　　　　☒ ON DEFENDANT'S CONSENT

　　　　　　　　　　　　　　　　　　　　　　　　　_Andrew Krause_ (signature)
**DATE:** 1/21/2021
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE　　PINK – U.S ATTORNEY'S OFFICE　　YELLOW – U S. MARSHAL　　GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016