UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christopher M. Kelly

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-Mag- UA
21mj792

Defendant _____ Christopher M. Kelly _____ hereby voluntarily consents to participate in the following proceeding via X___ videoconferencing or __X_ teleconferencing:

__X_ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer


Christopher M. Kelly by *Susanne Brody*            *Susanne Brody*
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christopher M. Kelly                               Susanne Brody
Print Defendant's Name                             Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Jan 21, 2021                                       *Andrew Krause*
Date                                               U.S. Magistrate Judge