# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Judge Dkt. No. __21 Mag 792__  Date __2/8/21__

USAO No. __2021R00146__

*United States v.* __Christopher M. Kelly__

The Government respectfully requests the Court to dismiss without prejudice the __✓__ Complaint ____ Removal Proceedings in

The Complaint/Rule 40 Affidavit was filed on __1-21-21__   5c3's

____ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

__Perry Carbone__
(Print name)

SO ORDERED:

_Andrew Krause_  __2/8/21__
UNITED STATES MAGISTRATE JUDGE   DATE

Distribution: White→Court    Yellow→U.S. Marshals    Green→Pretrial Services    Pink→AUSA Copy